CAMERON ESTATES, INC., Appellant-Respondent, *v.* GEORGE T. DEERING et al., Defendants; MARY STEGMAIER et al., Appellants, and COUNTY OF SUFFOLK, Respondent.

Submitted February 21, 1955; decided February 28, 1955.

Motion for reargument denied, with $10 costs and necessary printing disbursements.   [See 308 N. Y. 24.]